## SIKORA REALTY CORPORATION v. WOODS.

### No. 453.

United States Emergency Court of Appeals.
Submitted Dec. 19, 1947.
Decided Jan. 2, 1948.

Certiorari Denied March 15, 1948.
See 333 U.S. 855, 68 S.Ct. 732.

Agnes Sikora Gilligan, of Astoria, N. Y. for complainant.

Charles P. Liff, Chief, Court Review and Appeals Branch, of Washington, D. C., of the Housing Expediter, for respondent.

Before MARIS, Chief Judge, and MAGRUDER, Judge.

PER CURIAM.

Upon consideration of Respondent's motion to dismiss the complaint and of Complainant's objections thereto, it is ordered and adjudged that the complaint herein be, and it hereby is, dismissed.